# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 21-50214

**Case Name** | United States v. Moises Martinez

**Requesting Party Name(s)** | Adam F. Doyle

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you **must** describe the document*)

**The requested new due date is:** May 6, 2022

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

*** Please see attached continuation page for detailed explanation ***

**Signature** | s/ Adam F. Doyle     **Date** | Apr 5, 2022

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                             1                        *New 12/01/2018*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

⦿ I have previously requested an extension of time to file the document.

This motion is my [second] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

⦿ The defendant is incarcerated. The projected release date is: [3/29/2064].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [s/ Adam F. Doyle]   **Date** [Apr 5, 2022]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**         2         *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: [Apr 6, 2022]

3. The brief's first due date was: [Jan 3, 2022]

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   [*** Please see attached continuation page for detailed explanation ***]

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   [ ]

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

   [ ]

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

   [ ]

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** [s/ Adam F. Doyle]  **Date** [Apr 5, 2022]
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**  3  New 12/01/2018

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.C.A. 21-50214 |
| | ) | U.S.D.C. 17-CR-0404-AB |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | **CONTINUATION PAGE OF** |
| | ) | **FOR EXPLANATION** |
| | ) | **UNOPPOSED REQUEST** |
| **MOISES MARTINEZ,** | ) | **FOR EXTENSION OF TIME** |
| | ) | **TO FILE OPENING BRIEF** |
| Defendant-Appellant. | ) | |
| | ) | |
| | ) | |

I, Adam F. Doyle, counsel for appellant Moises Martinez, am requesting an extension to file Mr. Martinez's opening brief because of (1) a recent surge in cases appointed through the Criminal Justice Act ("CJA") panel; (2) the corresponding trial-level work that has been necessary over the past two months, and (3) the impact of personal issues that have necessitated travel.

I am on the CJA panel for the Southern District of California. I normally expect a maximum of two appointed cases per month through the CJA panel but was appointed five cases in March 2022, which does not include an additional case I received in late February. I have needed to expend a significant amount of time on those cases not only due to the sheer number of cases but also because they are all in the beginning stage, which involves bond, numerous hearings, and an

expedited plea agreement track because of the SDCA's "fast-track" program. The cases have been complicated by communication issues due to ongoing Covid-19-related difficulties in several jails. My caseload aside from those new cases has also been demanding due to several cases requiring detailed sentencing pleadings, a client with very serious medical issues, and a recently-filed motion for compassionate release that required significant research.

Aside from those work demands I have needed to travel outside of the district due to a personal issue several times in the past two months, which has reduced my time in the office.

In light of these work-related and personal issues I have been unable to prepare a brief in time for the current deadline. I am therefore requesting an additional thirty days to file Mr. Martinez's opening brief under Ninth Circuit Rule 31-2.2(b). I have spoken to the assigned Assistant U.S. Attorney and the government does not oppose this request. Mr. Martinez remains in federal custody and all transcripts have been received.

I am aware that this request is being made late because the Court generally requires a written (as opposed to "streamlined") motion for extension of time to be filed seven days in advance of the brief deadline. I apologize for this oversight, which was the result of the increased hours I have been expending on CJA trial

cases, as noted above. I will make all efforts to avoid such late requests in the future.

                                         Respectfully submitted,

Dated: April 5, 2022                      *s/ Adam F. Doyle*
                                         ADAM F . DOYLE
                                         State Bar No. 281763
                                       964 5th Avenue, Suite 214,
                                       San Diego CA 92101
                                       Telephone: (619) 438-0816
                                       email: adamfdoyle@gmail.com
                                       Attorney for Mr. Martinez