# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 21-50214

**Case Name** | United States v. Moises Martinez

**Requesting Party Name(s)** | Adam F. Doyle

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you **must** describe the document*)

The requested new due date is: August 19, 2022

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

*** Please see attached continuation page for detailed explanation ***

**Signature** | s/ Adam F. Doyle     **Date** | Jun 20, 2022

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                                1                           *New 12/01/2018*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

⊙ I have previously requested an extension of time to file the document.

This motion is my | fourth | request.
*(Examples: first, second)*

Bail/detention status (*select one*):

⊙ The defendant is incarcerated. The projected release date is: | 3/29/2064 |.

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** | s/ Adam F. Doyle |   **Date** | Jun 20, 2022 |
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14    2    New 12/01/2018

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: [6/20/22 (although this is a holiday)]

3. The brief's first due date was: [Jan 3, 2022]

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   *** Please see attached continuation page for detailed explanation ***

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☒ Unknown. I am unable to verify the position of the other party/parties because:

   I did not request the government's position until 6/20/2022, which is a federal holiday and counsel is likely unavailable.

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** [s/ Adam F. Doyle]  **Date** [Jun 20, 2022]
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**  3  New 12/01/2018

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **U.S.C.A. 21-50214** |
| | ) | **U.S.D.C. 17-CR-0404-AB** |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | **CONTINUATION PAGE** |
| | ) | **FOR EXPLANATION OF** |
| | ) | **REQUEST FOR** |
| **MOISES MARTINEZ,** | ) | **EXTENSION OF TIME** |
| | ) | **TO FILE OPENING BRIEF** |
| Defendant-Appellant. | ) | |
| | ) | |
| | ) | |

I, Adam F. Doyle, counsel for appellant Moises Martinez, am requesting an extension to file Mr. Martinez's opening brief because of (1) the need to exchange legal mail with Mr. Martinez; (2) and the logistical issues caused by Mr. Martinez's recent transfer and my contraction of Covid-19.

I have been discussing possible appellate issues with Mr. Martinez for several months. It now looks likely that there will be a voluntary dismissal of Mr. Martinez's appeal based on my review of the record and on those conversations. Given the delay and additional procedural steps associated with filing an "*Anders* brief", I will be sending Mr. Martinez a form stipulating to the voluntary dismissal of his appeal.

Although I planned to exchange that form with Mr. Martinez several weeks ago, the press of CJA work in the Southern District of California delayed that exchange. Then, Mr. Martinez was unexpectedly transferred from San Luis, Arizona, to USP Terra Haute, at the end of May. It took several weeks for me to determine whether Mr. Martinez would be staying at that facility and to obtain a legal phone call with him.

On June 14, I contracted Covid-19 and was symptomatic for several days, requiring me to be remain out of the office. The impact of Covid-19 delayed the filing of this motion for time extension, which should normally be filed seven days in advance of the opening brief deadline.

In light of the foregoing, I am requesting an additional sixty days to file Mr. Martinez's opening brief under Ninth Circuit Rule 31-2.2(b), which will allow me to deal with any unforeseen difficulties with the legal mail system at USP Terra Haute. I have contacted the assigned AUSA but did not do so until June 20, which is a federal holiday and she is likely unavailable. Mr. Martinez remains in federal custody, has a projected release date in 2064, and all transcripts have been received.

I am requesting the Court consider this filing and apologize for any problems the late filing causes.

Respectfully submitted,

Dated: June 20, 2022

*s/ Adam F. Doyle*
ADAM F . DOYLE
State Bar No. 281763
964 5th Avenue, Suite 214,
San Diego CA 92101
Telephone: (619) 438-0816
email: adamfdoyle@gmail.com
Attorney for Mr. Martinez