UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. MOISES MARTINEZ, AKA Docholidaybl, AKA JD, AKA Jester Jacky, AKA Johndoe, Defendant - Appellant. | No. 21-50214 D.C. No. 2:17-cr-00404-AB-3 U.S. District Court for Central California, Los Angeles **ORDER** |

Appellant's motion (Docket Entry No. 16) for an extension of time to file the opening brief is granted. The appellant's opening brief is due August 19, 2022; appellee's answering brief is due September 19, 2022; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7